**Order filed August 24, 2021.**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-21-00430-CV

—————————

### IN THE INTEREST OF L.A.V. AND S.H.V., CHILDREN

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2019-03748J**

## ORDER

This is an accelerated appeal of the trial court's final order terminating appellants' parental rights. Appellants filed a statement of inability to pay costs in the trial court. The trial court denied appellants' request to proceed without payment of costs on appeal.

In their notice of appeal, appellants state they would be seeking review of the trial court's order denying their request to proceed without payment of costs. Accordingly, we order the trial court clerk and the court reporter for the 314th District Court to prepare, certify, and and file with this court the record of all trial court proceedings on appellants' claim of inability to afford payment of court costs. *See* Tex. R. Civ. P. 145(g)(3). The record must be provided without charge and filed with this court on or before **September 3, 2021.** *Id.*

Any response to appellants' motion challenging the ruling by the trial court is due on or before **September 7, 2021**.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.